**M G CONSTRUCTION, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5075.

United States Court of Appeals,
Federal Circuit.

Nov. 6, 2007.

David Hunter Bowser, Yazbeck, Cloran & Hanson, LLC, of Portland, OR, argued for plaintiff-appellant. On the brief was Joseph A. Yazbeck, Jr.

Anuj Vohra, Trial Attorney, Commercial Litigation Branch, Civil Division, United

States Department of Justice, of Washington, DC, argued for defendant-appellee. Of counsel on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Franklin E. White, Jr., Assistant Director, and Brian S. Smith, Trial Attorney.

Before MAYER, LOURIE and PROST, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED*. *See* Fed. Cir. R. 36.